ALFRED MIESTO, Appellant, *v.* COMMERCIAL UNION ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Respondent.

*Appeal — order of Appellate Division reversing judgment in favor of plaintiff entered upon verdict, reversing findings of jury as against weight of evidence and granting new trial — appeal therefrom to Court of Appeals dismissed.*

*Miesto* v. *Commercial Union Assur. Co., Ltd., of London, England,* 182 App. Div. 922, appeal dismissed.

(Argued January 27, 1921; decided March 1, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1918, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover upon a policy of fire insurance. Plaintiff had a verdict at the Trial Term. The Appellate Division reversed the findings of the jury that the plaintiff did not conceal or misrepresent any material fact or circumstance concerning the insurance or the subject thereof covered by the policy mentioned in the complaint, and did not swear falsely touching any matter relating to said insurance or the subject thereof either before or after the loss complained of, and did not knowingly and willfully misrepresent the sound value and damage to the articles claimed to have been involved in the alleged fire and by it damaged and destroyed, as against the weight of the evidence, and granted a new trial.

*Harold M. Phillips* for appellant.

*Leo Levy* for respondent.

Appeal dismissed, with costs; no opinion.

Concur; HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.